# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL NO. 3:10-cv-00741** |
| v. ) | |
| ) | **JUDGE TRAUGER** |
| **TWENTY FIREARMS,** ) | |
| ) | |
| **Defendant.** | |

## ENTRY OF DEFAULT

It appearing that the Verified Complaint *In Rem* was filed in this case on August 5, 2010, that the Verified Complaint *In Rem*, and Summons and Warrant for Arrest *In Rem* were duly served upon the Twenty Firearms ("Defendant Property") on September 23, 2010; that the Verified Complaint *In Rem* and Notice of Judicial Forfeiture Proceedings were duly served upon Charles Kerr on August 10, 2010; that publication of the Notice of Judicial Forfeiture Proceedings was made online at www.forfeiture.gov, the official internet government forfeiture site, for 30 consecutive days beginning on September 18, 2010 and ending on October 17, 2010; and that no person or entity other than Charles Kerr has made a Verified Claim to the Defendant Property or otherwise appeared in this action; and that the Claim by Charles Kerr was withdrawn on July 7, 2011;

THEREFORE, upon motion of the Plaintiff, default is hereby entered as to Charles Kerr and all persons and entities who may have an interest in Defendant Property, as provided in Rule 55(a), Federal Rules of Civil Procedure.

Entered this ___9_ day of ____August_____, 2011.

                                    KEITH THROCKMORTON, CLERK
                                    UNITED STATES DISTRICT COURT
                                    MIDDLE DISTRICT OF TENNESSEE


                                    By:  s/ Keith Throckmorton
                                    Clerk